JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JAMES, JR., | Case No. 2:20-cv-00540-SVW (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| G. MATTESON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order dismissing the Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice as successive.

DATED: __June 4, 2020__

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE